IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIMMIE MOORE,<br>    Plaintiff,<br><br>v.<br><br>DEMOCRATIC COUNTY EXECUTIVE COMMITTEE OF PHILADELPHIA, et al.,<br>    Defendants. | CIVIL ACTION<br><br>NO. 14-3847 |

**O R D E R**

**AND NOW**, this 6th day of November 2014, after review of defendants' motion to dismiss (ECF 7) and plaintiff Jimmie Moore's ("Moore's") opposition (ECF 8) it is hereby **ORDERED** that:

1. Defendants' motion to dismiss (ECF 7) is **GRANTED**;

2. The federal law claims in Counts One and Two of Moore's Complaint (ECF 1) are hereby **DISMISSED WITH PREJUDICE**; and

3. The state law claims in Counts Three and Four of Moore's Complaint (ECF 1) are hereby **DISMISSED WITHOUT PREJUDICE**.

                                                **BY THE COURT:**

                                                /s/ Michael M. Baylson
                                                _____
                                                **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-3847 moore v. democratic cty\Order re Motion to Dismiss 2014-11-04.docx